FIRST NATIONAL BANK OF CRYSTAL FALLS v KOSKI, No. 137579; Court of Appeals No. 285187.

DOBBYN v PROGRESSIVE MICHIGAN INSURANCE COMPANY, No. 137591; Court of Appeals No. 278661.

PEOPLE v WINDMON, No. 137593; Court of Appeals No. 287120.

PEOPLE v EUGENE BROWN, No. 137597; Court of Appeals No. 286754.

QUACKENBUSH v SIMS TOWNSHIP ZONING BOARD OF APPEALS, No. 137598; Court of Appeals No. 283278.

PEOPLE v MIMS, No. 137615; Court of Appeals No. 287349.

PEOPLE v NINER, No. 137618; Court of Appeals No. 287081.

PEOPLE v CROAD, No. 137619; Court of Appeals No. 287106.

PEOPLE v TRAMBLE, No. 137620; Court of Appeals No. 276083.

NORWOOD TWP CITIZENS FOR HEALTH AND SAFETY v WYNKOOP, No. 137626; Court of Appeals No. 284494.

PEOPLE v BOUDREAUX, No. 137636; Court of Appeals No. 285837.

PEOPLE v ANDREW HILL, No. 137640; Court of Appeals No. 278239.

PEOPLE v BUSS, No. 137641; Court of Appeals No. 278279.

PEOPLE v LINDSEY, No. 137642; Court of Appeals No. 279128.

PEOPLE v FANN, No. 137644; Court of Appeals No. 287393.

PEOPLE v BROCKMAN, No. 137648; Court of Appeals No. 278616.

PEOPLE v ELIJAH JACKSON, No. 137662; Court of Appeals No. 288152.

PEOPLE v HUDSON, No. 137663; Court of Appeals No. 278400.

BUSSELLE v COLONIAL CONDOMINIUM ASSOCIATION, No. 137671; Court of Appeals No. 285841.

SPILLMAN v DEPARTMENT OF CORRECTIONS, No. 137679; Court of Appeals No. 284589.

PEOPLE v CAMERON, No. 137682; Court of Appeals No. 287061.

METTLER WALLOOM, LLC v MELROSE TOWNSHIP, No. 137684; reported below: 281 Mich App 184.

PEOPLE v CARPENTER, No. 137687; Court of Appeals No. 277861.

PEOPLE v JEREMY WILLIS, No. 137695; Court of Appeals No. 287341.

PEOPLE v WATSON, No. 137702; Court of Appeals No. 266832.

PEOPLE v PAUL WILLIAMS, No. 137703; Court of Appeals No. 287355.